# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 27, 2023

## NO. 03-22-00318-CR

**Linda Marie Coolbaugh, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
## REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment of conviction entered by the county court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the county court's judgment of conviction. Therefore, the Court reverses the county court's judgment of conviction and remands the case for further proceedings consistent with this Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.